O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TONY CLEMONS, | ) | Case No. CV 11-02702 DDP (JCGx) |
| Plaintiff, | ) | **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| v. | ) | |
| KELLER WILLIAMS REALTY, INC., LUCKY CATS, INC., ANNA SHADY, PAUL A. AZDRIL, RICK CUNNINGHAM, HSBC BANK USA, NATONAL ASSOCIATION, | ) | [Docket No. 22] |
| Defendants. | ) | |

   Presently before the court is Plaintiff's Motion for Leave to File First Amended Complaint.  Defendant HSBC Bank USA, N.A. has filed a notice of non-opposition.  The remaining Defendants ("Defendants") have not filed an opposition or any other filing that could be construed as a request to move the hearing date.  A party opposing a motion is required to file an opposition by no later than twenty-one days before the hearing.  C.D. Cal. Local R. 7-9.  Failure to file an opposition within the deadline may be deemed consent to granting the motion.  C.D. Cal. Local R. 7-12. The present matter was set for hearing on November 7, 2011.

Accordingly, any opposition to Plaintiff's motion was due on October 17, 2011.  The court therefore regards Defendants' failure to oppose as consent to granting Plaintiff's Motion.

For the foregoing reasons, the court GRANTS Plaintiff's Motion for Leave to File First Amended Complaint.

IT IS SO ORDERED.

Dated: October 28, 2011

DEAN D. PREGERSON
United States District Judge