O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY CLEMONS, ) | Case No. CV 11-02702 DDP (JCGx) |
| Plaintiff, ) | **ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO SHORTEN TIME** |
| v. ) | |
| KELLER WILLIAMS REALTY, INC., LUCKY CATS, INC., ANNA SHADY, PAUL A. AZDRIL, RICK CUNNINGHAM, HSBC BANK USA, NATONAL ASSOCIATION, ) | [Docket No. 47] |
| Defendants. ) | |

Presently before the court is Plaintiff's Ex Parte Application for Order to Shorten Time Re Hearing on Plaintiff's Motion for Order to Continue Trial Date and Related Pretrial Dates ("Application"). Plaintiff's basis for the Application appears to be resolved by Magistrate Judge Gandhi's January 30, 2012 Order Re: (1) Defendants' Ex Parte Application; and (2) Defendants' Motion to Compel. The court therefore DENIES Plaintiff's Application.

IT IS SO ORDERED.

Dated: <u>February 3, 2012</u>

DEAN D. PREGERSON
United States District Judge